**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-25-00278-CR**
_____

**EX PARTE MARGARET ALEXANDRA ALEXANDER**

**On Appeal from the 435th District Court**
**Montgomery County, Texas**
**Trial Cause No. 23-04-05724(1)**

**MEMORANDUM OPINION**

Appellant Margaret Alexandra Alexander acting pro se, filed a motion to dismiss this appeal. *See* Tex. R. App. P. 42.2(a). The motion is signed personally by the appellant. Appellant filed the motion before the appellate court issued a decision in the appeal. We grant the motion and dismiss the appeal. *See id*. 43.2(f).

APPEAL DISMISSED.

PER CURIAM

Submitted on August 12, 2025
Opinion Delivered August 13, 2025
Do Not Publish

Before Golemon, C.J., Johnson and Chambers, JJ.